**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| **MARK ROBERT ADKINS** ) | Case No. 12-31051 |
| ) | **Chapter 7** |
| Debtor. ) | |
| ) | |

## MOTION FOR EX PARTE ORDER DIRECTING TURNOVER OF FUNDS IN BANK ACCOUNT

**COMES NOW** the Trustee, by and through counsel, and moves the Court for an order directing Branch Banking and Trust Company (hereinafter "BB&T") to turn over to the Trustee the funds currently held in a certain bank account at BB&T in the name of Waterfront Group NC, LLC. In support of this motion, the Trustee would show the Court the following:

1. On 4 May 2012 Mark Robert Adkins filed a voluntary chapter 7 bankruptcy case in this Court.

2. On his schedule B Mark Robert Adkins, listed that he is a fifty percent (50%) member and a manager of an entity known as Waterfront Group NC, LLC.

3. Also on 4 May 2012 William N. Adkins, the brother of Mark Robert Adkins, filed a voluntary chapter 7 bankruptcy case in this Court. (Case No. 12-31050)

4. The undersigned is the currently acting and serving Trustee in the bankruptcy cases of Mark Robert Adkins and William N. Adkins.

5. In his schedule B, William N. Adkins listed a fifty percent (50%) ownership of Waterfront Group NC, LLC.

6. Based upon the bankruptcy schedules of both cases, one hundred percent (100%) of the ownership of Waterfront Group NC, LLC is within the jurisdiction of this Court.

7. The Trustee has received a copy of an account statement, which is attached hereto, indicating that Waterfront Group NC, LLC holds a bank account at BB&T with a balance of $130,710.05.

8. The Trustee is requesting that the Court enter its order, ex parte, directing BB&T to turn over to the bankruptcy estates the funds in the account at BB&T in the name of Waterfront Group NC, LLC, said account ending in '2985'.

9. The Trustee will place fifty percent (50%) of all amounts turned over in each of the two (2) bankruptcy cases described above, and will proceed to administer those cases, as ownership of Waterfront Group NC, LLC is in the bankruptcy cases.

**WHEREFORE,** the Trustee prays that the Court enter its order, ex parte, directing BB&T to turn over to the Trustee all funds in that certain account in the name of Waterfront Group NC, LLC, said account ending in '2985', said funds being in the amount of $130,710.05.

This the 26th day of August, 2014.

/s/ R. Keith Johnson
R. Keith Johnson, Trustee
and Attorney for Trustee
NC State Bar No. 8840
1275 Highway 16 South
Stanley, North Carolina 28164
(704) 827-4200



Page 1 of 4    07/31/14
TN             '2985

**BB&T**

640-01-01-00 40501 0 C 001 19 50 002
WATERFRONT GROUP NC LLC
19421 LIVERPOOL PKWY
CORNELIUS NC  28031-6283

# Your account statement
For 07/31/2014

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

Suppress your paper statements today!

Now is the time to sign up for online banking and experience our new enhanced features and easy to navigate layout.

Online Statements are...

- **More Accessible.**
  Access your statements for up to 24 months online, and save them directly to your computer. Now they'll always be right where you need them, when you need them.
- **More Convenient.**
  Receive alerts by email or text when your statement is ready to view.
- **More Secure.**
  Online statements help protect your confidential data and make it harder for identity thieves to get their hands on your account information. (Plus, it's better for the planet!)

It's easy to enroll.
Log on to BB&T Online at BBT.com
Access the "Statements" tab
Click "Statement Delivery and Alerts"
Select "Online Only" for all accounts and
agree to the terms and conditions

© 2014, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

---

■ **BUSINESS VALUE**          '2985

### Account summary

| | |
|---|---|
| Your previous balance as of 06/30/2014 | $130,710.05 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 07/31/2014 | = $130,710.05 |

000318                                                                                          ■ PAGE 1 OF 4

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| MARK ROBERT ADKINS ) | Case No. 12-31051 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on the below date, the undersigned served a copy of the Motion for Ex Parte Order Directing Turnover of Bank Account either electronically or by depositing, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Mark Robert Adkins
16309 Belle Isle Dr.
Cornelius, NC 28031

Richard S. Wright (ECF)
Attorney for Debtor

Linda Simpson (ECF)
Bankruptcy Administrator

This the 26th day of August, 2014.

/s/ R. Keith Johnson
R. Keith Johnson, Trustee
and Attorney for Trustee
NC State Bar No. 8840
1275 Highway 16 South
Stanley, North Carolina 28164
(704) 827-4200