UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: <br> **MARK ROBERT ADKINS** <br> Debtor. | Case No. 12-31051 <br> Chapter 7 |
| IN RE: <br> **WILLIAM N. ADKINS** <br> Debtor. | Case No. 12-31050 <br> Chapter 7 |

## NOTICE OF PENDING MOTIONS

**TAKE NOTICE** that the Trustee in each of the above-captioned bankruptcy cases has filed two (2) motions in the Bankruptcy Court. Each of the Debtors in the above cases is a brother of the other, and together the Adkins Brothers owned numerous corporations, Limited Liability Corporations, and other assets. Among those assets owned was a Limited Liability Corporation known as Waterfront Group Stellar View, LLC, and a storage building located in Iron Station, North Carolina (owned as tenants in common).

**TAKE FURTHER NOTICE** that the Trustee has filed two (2) motions relating to these assets. As to Waterfront Group Stellar View, LLC, which is currently the owner of certain real estate lots that are not completely developed, and which is owned fifty percent (50%) by William N. Adkins and fifty percent (50%) by Mark R. Adkins, the Trustee has filed a motion seeking to sell the interest of each bankruptcy estate in Waterfront Group Stellar View, LLC for a purchase price of $35,000.00. Upon approval, the purchase price would be paid and would be split equally between the two (2) bankruptcy estates. There are no financing contingencies in the contract, and the property would be transferred "as is, where is."

**TAKE FURTHER NOTICE** that the Trustee has filed a Motion to Approve Settlement regarding possible avoidance actions relating to property previously stored in the Iron Station storage building. The building itself, subject to a Deed of Trust in favor of Peoples Bank, was in the process of foreclosure shortly after the filing of the bankruptcy cases, as a result of an order granting relief from stay to Peoples Bank. There were certain items in the storage building, including several commercial lawnmowers and related equipment. It was alleged that the equipment had been transferred to a non-related entity. The Trustee investigated the transfers and determined that there were potential avoidance actions concerning the transfers. In order to remove the property as the building was being foreclosed, and in an effort to protect any interest of the bankruptcy estates, an agreement was reached wherein $17,500.00 was escrowed, pending a determination of avoidance actions by the Trustee. It has now been agreed that the $17,500.00 would be paid to the bankruptcy estates of the Debtors, to be split evenly, in exchange for a release of any and all avoidance actions relating to the equipment previously stored in the Iron Station storage building. The Trustee personally examined the equipment stored, has a list of same, and has pictures as to same. The Trustee believes that the settlement of $17,500.00 relating to the potential avoidance actions is reasonable, and is in the best interest of each bankruptcy estate and its creditors.

**TAKE FURTHER NOTICE** that any party in interest desiring to be heard with regard to said motions may request a hearing. Any request for hearing or response shall clearly identify the specific motion to which the response is directed, and it shall comply fully with Local Bankruptcy Rule 9013-1. Any response must be in writing and must be filed with the United States Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina, 28202, on or before fourteen (14) days from the date of this notice, with a copy served on R. KEITH JOHNSON, Trustee and Attorney for Trustee. If a request for hearing is filed, the Court will conduct a hearing on April 9, 2015, at 9:30 a.m. at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina. If no request for hearing is timely filed, the Court will rule on the motion on the basis of the record without a hearing and no further notice will be given.

**TAKE FURTHER NOTICE** that the motions and all attachments are available for examination at the United States Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina. The motions and attachments may also be accessed by PACER through the website of the U. S. Bankruptcy Court, www.ncwb.uscourts.gov.

This the 4th day of March, 2015.

/s/ R. Keith Johnson
R. Keith Johnson, Trustee
and Attorney for Trustee
NC State Bar No. 8840
1275 Highway 16 South
Stanley, North Carolina 28164
(704) 827-4200

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| MARK ROBERT ADKINS | ) | **Case No. 12-31051** |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| IN RE: | ) | |
| WILLIAM N. ADKINS | ) | **Case No. 12-31050** |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    **THIS IS TO CERTIFY** that on the below date, the undersigned served a copy of the Notice of Pending Motions either electronically or by depositing, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, <u>and to the entire creditor matrix,</u> in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Mark Robert Adkins
16309 Belle Isle Dr.
Cornelius, NC 28031

Richard S. Wright (ECF)
Attorney for Debtor

Linda Simpson (ECF)
Bankruptcy Administrator

    This the 4th day of March, 2015.

                                                                           <u>/s/ R. Keith Johnson</u>
                                                                           R. Keith Johnson, Trustee
                                                                           and Attorney for Trustee
                                                                           NC State Bar No. 8840
                                                                           1275 Highway 16 South
                                                                           Stanley, North Carolina 28164
                                                                           (704) 827-4200

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 12-31051<br>Western District of North Carolina<br>Charlotte<br>Wed Mar  4 15:08:20 EST 2015 | Lavinia V. Adkins<br>16315 Belle Isle Drive<br>Cornelius, NC 28031-7702 | Mark Robert Adkins<br>16309 Belle Isle Drive<br>Cornelius, NC 28031-7702 |
| Adkins Aviation, LLC<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | Adkins Land Group<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | Alexander Electrical Contractor, Inc.<br>Attn:  Floyd Alexander<br>PO Box 325<br>Edenton, NC 27932-0325 |
| Ally Bank<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 | Alpine Creek POA<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| James B. Angell<br>Howard, Stallings, From & Hutson, P.A.<br>Post Office Box 12347<br>Raleigh, NC 27605-2347 | Ashe County Tax Collector<br>150 Government Circle #2200<br>Jefferson, NC 28640-8960 | Aucilla Land & Timber, LLC<br>c/o Fallace & Larkin<br>1900 S. Hickory St. S A<br>Melbourne, FL 32901-4664 |
| BB&T<br>900 S. Gray Street<br>Knoxville, TN 37902 | BHE, Inc.<br>c/o Michael C. Patton<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103-2752 | David R. Badger<br>DAVID R. BADGER, P.A.<br>Suite 118, Atherton Lofts<br>2108 South Boulevard<br>Charlotte, NC 28203-5043 |
| Balmer NAL Collection, LLC<br>c/o McGuireWoods<br>Attn:  William Mayberry<br>100 N. Tryon Street, Suite 2900<br>Charlotte, NC 28202-4019 | Bates Bros Farming<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | Branch Banking & Trust Company<br>c/o Howard, Stallings, From & Hutson, P.<br>Attn: Nicholas C. Brown<br>PO Box 12347<br>Raleigh, NC 27605-2347 |
| Brasstown POA<br>9920 Kincey Ave, Suite 210<br>Huntersville, NC 28078-2402 | Nicholas C. Brown<br>Howard Stallings From Hutson P.A.<br>PO Box 12347<br>Raleigh, NC 27605-2347 | Calhoun County Tax Collector<br>20859 Central Avenue E<br>Room 107<br>Blountstown, FL 32424-2266 |
| Camden County Board of Commissioners<br>PO Box 99<br>Woodbine, GA 31569-0099 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Carolina Koolers<br>PO Box 2909<br>Matthews, NC 28106-2909 | Carolina Trust Bank<br>PO Box 308<br>Lincolnton, NC 28093-0308 | Cary D. Cox<br>PO Box 748<br>Blairsville, GA 30514-0748 |
| Centennial Bank, Successor to<br>Coastal Community Bank<br>22 Avenue E, Drawer 370<br>Apalachicola, FL 32329-0370 | Cessna Finance Corp.<br>100 N. Broadway, Suite 600<br>Wichita, KS 67202-2206 | Chowan County Tax Department<br>PO Box 1030<br>Edenton, NC 27932-1030 |

| | | |
|---|---|---|
| City County Tax Collector<br>PO Box 31457<br>Charlotte, NC 28231-1457 | CommunityOne Bank<br>PO Box 1328<br>Asheboro, NC 27204-1328 | CommunityOne Bank, N.A.<br>c/o William Walt Pettit, Esq.<br>P.O. Box 12497<br>Charlotte, NC 28220-2497 |
| David R. Badger, P.A.<br>Attorneys for Lavinia V. Adkins<br>2108 South Boulevard<br>Suite 118 Atherton Lofts<br>Charlotte, North Carolina 28203-5043 | Elk Mountain POA<br>c/o Chuck Munn<br>1426 Dearborn Road<br>Columbia, SC 29204-3303 | Farm Credit of NW Florida<br>PO Box 7000<br>Marianna, FL 32447-7000 |
| Farm Credit of Northwest Florida, ACA<br>c/o Norman J. Leonard, Esq.<br>Ward and Smith, P.A.<br>Post Office Box 2020<br>Asheville, NC 28802-2020 | Frank McDonnell<br>Biltmore Construction Company<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | Garth D. Bonney<br>Bonney & Smallwood, PA<br>PO Box 737<br>Panama City, FL 32402-0737 |
| Geo Raper & Son, Inc.<br>c/o Brian S. Edlin<br>Jordan Price Wall Gray Jones & Carlton,<br>1951 Clark Ave<br>Raleigh, NC 27605-1658 | Geo Raper & Son, Inc.<br>c/o Sharp, Michael & Graham<br>PO Drawer 1027<br>Kitty Hawk, NC 27949-1027 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Godfrey Construction<br>c/o Brian S. Edlin<br>PO Box 10669<br>Raleigh, NC 27605-0669 | Gulf County Tax Collector<br>1000 Costin Blvd. Room 147<br>Port Saint Joe, FL 32456-1652 | Hidden River POA<br>9920 Kincey Avenue Suite 210<br>Huntersville, NC 28078-2402 |
| Highlands at Kentucky Lake, LLC<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | Holland Contractors<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | ING Mortgage<br>PO Box 60<br>Saint Cloud, MN 56302-0060 |
| Internal Revenue Service<br>Bankruptcy Section<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | International Fidelity Bonding Company<br>c/o William Sturges<br>128 S. Tryon Street, Suite 1800<br>Charlotte, NC 28202-5013 |
| International Fidelity Insurance Company<br>c/o William H. Sturges<br>Shumaker Loop & Kendrick, LLP<br>128 South Tryon Street<br>Suite 1800<br>Charlotte, NC 28202-5013 | J. Michael Booe<br>K&L Gates<br>214 N. Tryon Street, Suite 4700<br>Charlotte, NC 28202-2367 | J. Michael Booe, Esq.<br>K&L Gates LLP<br>Hearst Tower<br>214 North Tryon Street, 47th Floor<br>Charlotte, NC 28202-1078 |
| Jeff Castleman<br>Castleman Well Drilling<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | Jimmy R Summerlin Jr<br>Young Morphis Bach & Taylor LLP<br>PO Drawer 2428<br>Hickory, NC 28603-2428 | R. Keith Johnson<br>1275 South Hwy 16<br>Stanley, NC 28164-9465 |
| Richard J. Kania<br>Kania and Kania, P. A.<br>600-A Centrepark Drive<br>Asheville, NC 28805-1276 | Leibowitz & Cohen<br>608 Gay Street SW<br>Knoxville, TN 37902-1603 | Norman J Leonard<br>Ward and Smith P.A.<br>Post Office Box 2020<br>Asheville, NC 28802-2020 |

| | | |
|---|---|---|
| Lincoln County Tax Collector<br>115 W. Main Street<br>Lincolnton, NC 28092-2611 | Lincolnton Medical Group, PLLC<br>1470 E. Gaston Street Suite 300<br>Lincolnton, NC 28092-4433 | Mark Robert Adkins<br>c/o William H. Sturges<br>Shumaker Loop & Kendrick, LLP<br>128 South Tryon Street<br>Suite 1800<br>Charlotte, NC 28202-5013 |
| Maureen Herbrandson<br>219 Derby Lane<br>Sparta, TN 38583-6697 | Mike Philipi/Philipa Excavating<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | Mitchell County Tax Collector<br>26 Crimson Laurel Cir #5<br>Bakersville, NC 28705-9510 |
| NC Department of Revenue<br>Bankruptcy Section<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | NC Mountain Investments, LLC<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | NVR, Inc.<br>11700 Plaza Drive, Suite 500<br>Reston, VA 20190 |
| North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | NorthShore POA<br>Advanced Management Services, LLC<br>PO Box 5237<br>Saint Marys, GA 31558-5237 | Paetec<br>CIT Comm Financial Corp.<br>1 CIT Drive<br>Livingston, NJ 07039-5703 |
| Paul Baiser<br>Seyfarth Shaw LLP<br>1075 Peachtree St., NE Suite 2500<br>Atlanta, GA 30309-3958 | Peoples Bank<br>PO Box 467<br>Newton, NC 28658-0467 | William Walt Pettit<br>Hutchens, Senter, Kellam & Pettit<br>P.O. Box 12497<br>Charlotte, NC 28220-2497 |
| Pitney Bowes<br>2225 American Drive<br>Neenah, WI 54956-1005 | Queens Gap POA<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | River Highlands POA<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 |
| RiverSound POA<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | Roberson Contracting, Inc.<br>c/o Irvine Law Firm<br>413 W. Main Street<br>Williamston, NC 27892-2319 | Robert Woods<br>Flying Fence<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 |
| Rock Harbor POA<br>c/o Seaborn Chavers<br>463 Marble Point Way<br>New Tazewell, TN 37825-2356 | Ron Talley<br>Hunter MacLean et al.<br>PO Box 9848<br>Savannah, GA 31412-0048 | Ronald Franks Construction Co.<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 |
| Seminole County Tax Collector<br>PO Box 630<br>Sanford, FL 32772-0630 | Shiloh Shores POA<br>c/o Michael Porter<br>143231 S.W. 36th Street<br>Miami, FL 33175 | Sims Excavating<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 |
| Smith & Whitfield Oils, Inc.<br>c/o Maddox Law Office<br>PO Box 827<br>Huntingdon, TN 38344-0827 | Southern Stone<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | Joseph H. Stallings<br>Howard Stallings From  Hutson P.A.<br>P. O. Box 12347<br>Raleigh, NC 27605-2347 |

| | | |
|---|---|---|
| Stellar View POA<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | Stillwater POA<br>c/o John Thomas<br>204 Tutt Street<br>Columbia, KY 42728-1537 | TASC<br>PO Box 7098<br>Madison, WI 53707-7098 |
| Thomas Parham<br>Attn:  Jeff Jones<br>3318 W. Friendly Avenue, Suite 300<br>Greensboro, NC 27410-4885 | Thomas Parham<br>Parham Company<br>1520 Barnet's Chapel Road<br>Greensboro, NC 27407-9708 | U.S. Bankruptcy Administrator Office<br>402 W. Trade Street<br>Suite 200<br>Charlotte, NC 28202-1673 |
| United States Attorney<br>227 West Trade Street<br>Carillon Bldg, Suite 1700<br>Charlotte, NC 28202-1675 | (p)VIRGINIA DEPARTMENT OF TAXATION<br>P O BOX 2156<br>RICHMOND VA 23218-2156 | Waterfront Group Florida, LLC<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 |
| Waterfront Group NC, LLC<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | Waterfront Group, Inc.<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | Wells Fargo<br>Commercial Loan Services<br>PO Box 740502<br>Atlanta, GA 30374-0502 |
| Wells Fargo<br>Rebecca B. Fisher<br>Homebuilders Banking Group<br>4525 Sharon Road, 4th Floor<br>Charlotte, NC 28211-3521 | Wells Fargo Bank<br>PO Box 660930<br>Dallas, TX 75266-0930 | Wells Fargo Bank, N.A.<br>301 S. College Street<br>4th Floor<br>MAC D1053-04R<br>Attn:  Rebecca B. Roosen<br>Charlotte, NC 28202-6000 |
| West Valley Hospital<br>P.O. Box 975255<br>Dallas, TX 75397-5255 | West Virginia Department of Revenue<br>1206 Quarrier Street<br>Charleston, WV 25301-1810 | William H. Sturges<br>128 South Tryon St<br>Suite1800<br>Charlotte, NC 28202-5001 |
| William H. Sturges<br>Shumaker Loop & Kendrick, LLP<br>128 South Tryon Street<br>Suite 1800<br>Charlotte, NC 28202-5013 | William Scotsman, Inc.<br>PO Box 91975<br>Chicago, IL 60693-1975 | Richard S. Wright<br>Moon Wright & Houston, PLLC<br>227 W. Trade Street<br>Suite 1800<br>Charlotte, NC 28202-2665 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Blvd. NE, Suite 17200<br>Atlanta, GA 30345-3205 | Virginia Department of Taxation<br>Office of Customer Serv ices<br>PO Box 1115<br>Richmond, VA 23218-1115 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Edward P. Bowers | (u)Branch Banking and Trust Company | (d)Farm Credit of Northwest Florida, ACA<br>c/o Norman J. Leonard, Esq.<br>Ward and Smith, P.A.<br>Post Office Box 2020<br>Asheville, NC 28802-2020 |
| (d)R. Keith Johnson<br>1275 South Hwy 16<br>Stanley, NC 28164-9465 | (u)NewDominion Bank | (u)Peoples Bank |
| (u)Shield Engineering<br>4301 Taggart Creek Road<br>NC 28028 | (u)Waterfront Group NC, LLC<br>NEED ADDRESS | (d)Waterfront Group, LLC<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 |
| (u)Wells Fargo Bank, N.A. | (u)Wells Fargo Homebuilder Banking | End of Label Matrix<br>Mailable recipients   110<br>Bypassed recipients    11<br>Total                121 |