# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 12-31051  
**Case Name:** ADKINS, MARK ROBERT  
**For Period Ending:** 07/10/2019

**Trustee Name:** (530540) R. Keith Johnson  
**Date Filed (f) or Converted (c):** 05/04/2012 (f)  
**§ 341(a) Meeting Date:** 06/06/2012  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | HOUSE AT 16309 BELLE ISLE DRIVE AND ADJOINING LO | 2,500,000.00 | 0.00 | | 0.00 | FA | 2,669,000.00 | 0.00 |
| 2 | CABIN IN ASHE COUNTY, NC BOGGS ROAD TAX ID NO. 1 | 175,000.00 | 0.00 | | 0.00 | 0.00 | 341,079.00 | 0.00 |
| 3 | STORAGE BUILDING MT. VERNON ROAD IRON STATION, N | 100,000.00 | 0.00 | | 0.00 | FA | 190,537.00 | 0.00 |
| 4 | ADKINS PET CENTER 3920 EAST HWY 27 IRON STATION, | 300,000.00 | 0.00 | | 0.00 | FA | 744,719.00 | 0.00 |
| 5 | 11.894 ACRES, OBIDS TOWNSHIP, ASHE COUNTY, NC SE | 25,000.00 | 25,000.00 | | 0.00 | 25,000.00 | 0.00 | 0.00 |
| 6 | 0.995 ACRES, OBIDS TOWNSHIP, ASHE COUNTY, NC SEE | 0.00 | 0.00 | | 3,184.00 | FA | 0.00 | 0.00 |
| 7 | 839 SNOWQUEEN DRIVE CHULUOTA, FL 32766 | 297,500.00 | 51,500.00 | | 0.00 | FA | 246,000.00 | 0.00 |
| 8 | 859 SNOWQUEEN DRIVE CHULUOTA, FL 32766 | 259,000.00 | 13,000.00 | | 0.00 | FA | 246,000.00 | 0.00 |
| 9 | NEWDOMINION BANK PO BOX 37389 CHARLOTTE, NC  282 | 68.00 | 68.00 | | 11,384.84 | FA | 0.00 | 0.00 |
| 10 | HOUSEHOLD GOODS & FURNISHINGS 16309 BELLE ISLE D | 59,985.00 | 59,985.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | 2 CHAIRS AND SMALL TABLE | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |
| 12 | 1 SMALL COUCH | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 13 | PANASONIC FLAT SCREEN TV | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 14 | QUEEN-SIZE BED | 600.00 | 0.00 | | 0.00 | FA | 0.00 | 600.00 |
| 15 | 1 ARM CHAIR | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 16 | SMALL DRESSER | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 17 | MAYTAG WASHER AND DRYER | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| 18 | SECTIONAL COUCH | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 19 | 60" SAMSUNG TELEVISION | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 20 | GLASS COFFEE TABLE | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| 21 | 2 NIGHTSTANDS | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 22 | 9' SLATE POOL TABLE (RENAISSANCE) | 1,500.00 | 50.00 | | 0.00 | FA | 0.00 | 1,450.00 |
| 23 | 3 LAMPS | 450.00 | 0.00 | | 0.00 | FA | 0.00 | 450.00 |
| 24 | ROUND GLASS-TOP TABLE AND 4 CHAIRS | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 800.00 |
| 25 | CHAIR AND OTTOMAN | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |
| 26 | CLOTHING | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 12-31051  
**Case Name:** ADKINS, MARK ROBERT  
**For Period Ending:** 07/10/2019

**Trustee Name:** (530540) R. Keith Johnson  
**Date Filed (f) or Converted (c):** 05/04/2012 (f)  
**§ 341(a) Meeting Date:** 06/06/2012  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 27 | ROLEX STAINLESS STEEL SEA-DWELLER WATCH | 2,500.00 | 0.00 | | 0.00 | FA | 0.00 | 2,500.00 |
| 28 | AMT CAL. 380 9MM KURZ BACK UP PISTOL | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |
| 29 | CALLOWAY GOLF CLUBS | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 30 | SIGNED FOOTBALL | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 50.00 |
| 31 | DAN MARINO FRAMED JERSEY | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 32 | 529 COLLEGE SAVINGS PLAN F/B/O TYLER HERBRANDSON | 20,141.00 | 0.00 | | 0.00 | FA | 0.00 | 20,141.00 |
| 33 | WMA MANAGMENT, LLC 401(K) PS PLAN OPPENHEIMER FU | 204,416.00 | 0.00 | | 0.00 | FA | 0.00 | 204,416.00 |
| 34 | MORGAN STANLEY IRA | 9,211.00 | 0.00 | | 0.00 | FA | 0.00 | 9,211.00 |
| 35 | ADKINS LAND GROUP, INC. F/K/A TIMBERLINE CORPORA | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 36 | WMA MANAGEMENT, LLC MANAGER OF PRESENT ASSET COM | 0.00 | 0.00 | | 17,500.00 | FA | 0.00 | 0.00 |
| 37 | ADKINS AVIATION, LLC F/K/A TIMBERLINE AVIATION, | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 38 | SWIPER LOT CLEARING, INC. F/K/A FOUR SEASONS LAN | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 39 | LANDSTAR DEVELOPMENT, LLC DEBTOR IS 50% MEMBER A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 40 | NC MOUNTAIN INVESTMENTS, LLC DEBTOR IS 50% MEMBE | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 41 | WATERFRONT GROUP FLORIDA, LLC DEBTOR IS 50% MEMB | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 42 | WATERFRONT GROUP NC, LLC DEBTOR IS 50% MEMBER AN | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 43 | WATERFRONT GROUP WETAPPO, LLC F/K/A WATERFRONT G | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 44 | WATERFRONT GROUP, INC. DEBTOR IS 50% SHAREHOLDER | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 45 | WATERFRONT GROUP, LLC DEBTOR IS 50% MEMBER AND A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 46 | WFG MANAGEMENT, LLC DEBTOR IS 50% MEMBER AND A M | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 47 | ADKINS PET CENTER DEBTOR IS A 50% OWNER | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 48 | 255,000 SHARES IN TFN, INC. (THE FOOTBALL NETWOR | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 49 | 15,000 SHARES OF SLON STOCK | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 50 | WMA, LP SOLE MEMBER OF RECENT ASSET COMPANIES. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 51 | SAM CARVER - DIAMOND POINT INVESTORS COSTA RICA | 450,000.00 | 450,000.00 | | 0.00 | FA | 0.00 | 0.00 |

**Form 1**

## Individual Estate Property Record and Report

### Asset Cases

Page: 3

**Case No.:** 12-31051
**Case Name:** ADKINS, MARK ROBERT
**For Period Ending:** 07/10/2019

**Trustee Name:** (530540) R. Keith Johnson
**Date Filed (f) or Converted (c):** 05/04/2012 (f)
**§ 341(a) Meeting Date:** 06/06/2012
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 52 | WATERFRONT GROUP AURORA, LLC (LOAN) | 48,772.22 | 48,772.22 | | 0.00 | FA | 0.00 | 0.00 |
| 53 | WATERFRONT GROUP EAGLES CHASE, LLC (LOAN) | 80,374.50 | 80,374.50 | | 0.00 | FA | 0.00 | 0.00 |
| 54 | 2011 CHEVY AVALANCHE | 37,650.00 | 0.00 | | 0.00 | FA | 36,747.00 | 3,500.00 |
| 55 | OFFICE CHAIR | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 56 | L-SHAPED DESK | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 57 | DELL COMPUTER | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 58 | MEMBERSHIP INTEREST IN PENINSULA GOLF CLUB | 0.00 | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 59 | 2 CAROLINA PANTHERS CLUB LEVEL PSL'S | 4,000.00 | 4,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 60 | POTENTIAL CLAIM FOR FRAUDULENT INVESTMENT AGAINS | 225,000.00 | 225,000.00 | | 0.00 | 225,000.00 | 0.00 | 0.00 |
| 61 | POTENTIAL CLAIM FOR FRAUDULENT INVESTMENT AGAINS | 50,000.00 | 50,000.00 | | 50,000.00 | FA | 0.00 | 0.00 |
| 62 | POTENTIAL CLAIM FOR FRAUDULENT INVESTMENT AGAINS | 25,000.00 | 25,000.00 | | 0.00 | 25,000.00 | 0.00 | 0.00 |
| 63* | TAX REFUND (u) (See Footnote) | 0.00 | 0.00 | | 16,632.00 | FA | 0.00 | 0.00 |
| 64* | SALE OF ASSET (u) (See Footnote) | 0.00 | 0.00 | | 23,483.21 | FA | 0.00 | 0.00 |
| 65* | SALE OF ASSET (u) (See Footnote) | 0.00 | 0.00 | | 8,750.00 | FA | 0.00 | 0.00 |
| **65** | **Assets Totals (Excluding unknown values)** | **$4,881,767.72** | **$1,032,749.72** | | **$130,934.05** | **$275,000.00** | **$4,474,082.00** | **$247,868.00** |

RE PROP# 63    Tax Refund

RE PROP# 64    1/2 sale of Airport Hangers

RE PROP# 65    1/2 of Equipment in Iron Station Building

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

**Initial Projected Date Of Final Report (TFR):** 08/12/2013      **Current Projected Date Of Final Report (TFR):** 08/30/2019

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case No.:** 12-31051  
**Case Name:** ADKINS, MARK ROBERT  

**For Period Ending:** 07/10/2019

**Trustee Name:** (530540) R. Keith Johnson  
**Date Filed (f) or Converted (c):** 05/04/2012 (f)  
**§ 341(a) Meeting Date:** 06/06/2012  
**Claims Bar Date:**

07/10/2019  
Date

/s/R. Keith Johnson  
R. Keith Johnson

Copy Served On: Shelley K. Abel  
Bankruptcy Administrator

**Form 2**

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 12-31051 | | Trustee Name: | R. Keith Johnson (530540) |
|---|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***2664 | | Account #: | ******3478 GENERAL CHECKING |
| For Period Ending: | 06/30/2019 | | Blanket Bond (per case limit): | $450,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/15/15 | {36} | R. Keith Johnson, Trustee; Trust Acct. | Sale of Asset | 1129-000 | 17,500.00 | | 17,500.00 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 17,485.00 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 26.01 | 17,458.99 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.98 | 17,433.01 |
| 10/19/15 | 3000 | International Sureties, LTD. | Bond Premium | 2300-000 | | 10.45 | 17,422.56 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.10 | 17,397.46 |
| 11/11/15 | {9} | R. Keith Johnson, Trustee | Close of Account | 1129-000 | 11,384.84 | | 28,782.30 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.90 | 28,756.40 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.39 | 28,721.01 |
| 01/21/16 | {61} | Moon Wright and Houston, PLLC | Non-Exempt Equity | 1149-000 | 50,000.00 | | 78,721.01 |
| 01/21/16 | {63} | Moon Wright and Houston, PLLC | TAX REFUND | 1224-000 | 16,632.00 | | 95,353.01 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 42.73 | 95,310.28 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 74.42 | 95,235.86 |
| 02/29/16 | {64} | R. Keith Johnson, Trustee Trust Acct | Sale of Asset | 1229-000 | 23,483.21 | | 118,719.07 |
| 02/29/16 | {6} | R. Keith Johnson, Trustee Trust acct. | Sale of Asset | 1129-000 | 3,184.00 | | 121,903.07 |
| 02/29/16 | {65} | R. Keith Johnson, Trustee Trust acct. | Sale of Asset | 1229-000 | 8,750.00 | | 130,653.07 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 132.14 | 130,520.93 |
| 04/18/16 | 3001 | R. Keith Johnson, P.A. | Interim Attorney Fees | 3110-000 | | 49,958.25 | 80,562.68 |
| 04/18/16 | 3002 | R. Keith Johnson | TRUSTEE COMMISSION | 2100-000 | | 5,745.82 | 74,816.86 |
| 04/20/16 | 3003 | Clerk oif Superior Court | OTHER Filing Fee | 2990-000 | | 6.00 | 74,810.86 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 193.61 | 74,617.25 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 155.20 | 74,462.05 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 110.55 | 74,351.50 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 106.79 | 74,244.71 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 110.17 | 74,134.54 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 110.01 | 74,024.53 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 106.31 | 73,918.22 |
| 10/28/16 | 3004 | International Sureties, LTD | Bond Premium | 2300-000 | | 36.26 | 73,881.96 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 109.69 | 73,772.27 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 105.95 | 73,666.32 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 109.32 | 73,557.00 |

Page Subtotals: $130,934.05   $57,377.05

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 12-31051 | Trustee Name: | R. Keith Johnson (530540) |
|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***2664 | Account #: | ******3478 GENERAL CHECKING |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $450,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/17 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 109.45 | 73,447.55 |
| 03/27/17 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 98.74 | 73,348.81 |
| 04/25/17 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 109.14 | 73,239.67 |
| 05/25/17 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 105.47 | 73,134.20 |
| 06/26/17 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 108.82 | 73,025.38 |
| 07/25/17 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 105.17 | 72,920.21 |
| 08/25/17 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 108.50 | 72,811.71 |
| 09/25/17 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 108.34 | 72,703.37 |
| 10/24/17 | 3005 | International Sureties, LTD. | Bond # 016036312 | 2300-000 |  | 33.60 | 72,669.77 |
| 10/25/17 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 104.70 | 72,565.07 |
| 10/26/17 | 3006 | Lowrance Reporting Service, Inc. | Payment from Trustee Payment to reporting service for Depositions held on 10/18/17 | 3992-000 |  | 217.00 | 72,348.07 |
| 11/27/17 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 108.02 | 72,240.05 |
| 12/26/17 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 104.06 | 72,135.99 |
| 01/25/18 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 107.34 | 72,028.65 |
| 02/13/18 |  | UNITED BANK | WIRE TRANSFER TO FUND UNITED BANK ACCOUNT | 9999-000 |  | 72,028.65 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | **130,934.05** | **130,934.05** | **$0.00** |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | **72,028.65** |  |
|  |  | **Subtotal** |  |  | **130,934.05** | **58,905.40** |  |
|  |  | Less: Payments to Debtors |  |  |  | **0.00** |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$130,934.05** | **$58,905.40** |  |

*{ } Asset Reference(s)*        *! - transaction has not been cleared*

**Form 2**

Page: 3

## Cash Receipts And Disbursements Record

| **Case No.:** | 12-31051 | **Trustee Name:** | R. Keith Johnson (530540) |
|---|---|---|---|
| **Case Name:** | ADKINS, MARK ROBERT | **Bank Name:** | United Bank |
| **Taxpayer ID #:** | **-***2664 | **Account #:** | ********3771 CHECKING ACCOUNT |
| **For Period Ending:** | 06/30/2019 | **Blanket Bond (per case limit):** | $450,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/13/18 | | UNION BANK | WIRE FROM UNION BANK | 9999-000 | 72,028.65 | | 72,028.65 |
| 02/22/18 | | R. Keith Johnson, Trustee | Money transferred from our office trust account per order dated 02/01/18 | 1290-000 | 65,355.02 | | 137,383.67 |
| 02/27/18 | 101 | International Fidelity Insurance, Co. | Pursuant to consent order entered in AP 16-03307, entered on February 1, 2018, DOC 45 | 4220-000 | | 40,000.00 | 97,383.67 |
| 02/27/18 | 102 | Yeopim Partners, LLC | Pursuant to consent order entered in AP 16-03307, entered on February 1, 2018, DOC 45 | 4220-000 | | 15,000.00 | 82,383.67 |
| 02/28/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 67.46 | 82,316.21 |
| 03/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 145.72 | 82,170.49 |
| 04/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 114.24 | 82,056.25 |
| 05/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 129.83 | 81,926.42 |
| 06/20/18 | 103 | R. P.A. KEITH JOHNSON | Attorney for the Trustee interim fees | 3110-000 | | 29,940.00 | 51,986.42 |
| 06/20/18 | 104 | R. Keith Johnson | Interim Trustee Commission | 2100-000 | | 4,249.08 | 47,737.34 |
| 06/29/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 100.79 | 47,636.55 |
| 07/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 73.08 | 47,563.47 |
| 08/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 70.69 | 47,492.78 |
| 09/28/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 63.75 | 47,429.03 |
| 11/01/18 | 105 | INTERNATIONAL SURETIES, LTD. | Bond Payment | 2300-000 | | 22.91 | 47,406.12 |
| 04/10/19 | 106 | R. KEITH JOHNSON, PA | Attorney for Trustee Expenses | 3120-000 | | 615.77 | 46,790.35 |
| 04/24/19 | 107 | Naples Court Reporting & Legal Services, LLC | Court Reporter Invoice | 2690-000 | | 229.37 | 46,560.98 |
| | | **COLUMN TOTALS** | | | 137,383.67 | 90,822.69 | $46,560.98 |
| | | Less: Bank Transfers/CDs | | | 72,028.65 | 0.00 | |
| | | **Subtotal** | | | 65,355.02 | 90,822.69 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$65,355.02** | **$90,822.69** | |

*{ } Asset Reference(s)*                                                                                                                                                           *! - transaction has not been cleared*

**Form 2**

Page: 4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-31051 | **Trustee Name:** | R. Keith Johnson (530540) |
| **Case Name:** | ADKINS, MARK ROBERT | **Bank Name:** | United Bank |
| **Taxpayer ID #:** | **-***2664 | **Account #:** | ********3771 CHECKING ACCOUNT |
| **For Period Ending:** | 06/30/2019 | **Blanket Bond (per case limit):** | $450,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $196,289.07 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $196,289.07 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3478 GENERAL CHECKING | $130,934.05 | $58,905.40 | $0.00 |
| ********3771 CHECKING ACCOUNT | $65,355.02 | $90,822.69 | $46,560.98 |
| | **$196,289.07** | **$149,728.09** | **$46,560.98** |

07/10/2019
Date

/s/R. Keith Johnson
R. Keith Johnson