FILED & JUDGMENT ENTERED
Steven T. Salata

January 19 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

MARK ROBERT ADKINS

Debtor

Case No. 12-31051-JCW
Chapter 7

EX PARTE ORDER AUTHORIZING R. KEITH JOHNSON TO
TURNOVER FUNDS FROM IOLTA TRUST ACCOUNT

Upon the *EX-PARTE MOTION OF A. BURTON SHUFORD, SUBSTITUTE TRUSTEE TO AUTHORIZE TURNOVER OF FUNDS FROM IOLTA TRUST ACCOUNT OF R. KEITH JOHNSON* (the "**Motion**") filed by A. Burton Shuford, Substitute Trustee, requesting the Court authorize R. Keith Johnson to turnover net sale proceeds held in his IOLTA Trust Account, it is hereby:

ORDERED that the Motion is granted and R. Keith Johnson is hereby authorized and ordered to turnover to the Substitute Trustee the sum of $427,583.07 from his IOLTA Trust Account representing the net sale proceeds from the sale of 539 Snow Queen Drive, Chuluota, Florida, as described in the Motion, and it is

FURTHER ORDERED that this turnover of funds be without prejudice to the rights of any party to the net sale proceeds.

This Order has been signed electronically.
The judge's signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court