## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-31051-JCW |
| | § | |
| MARK ROBERT ADKINS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that A. Burton Shuford, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U. S. Bankruptcy Court, 401 West Trade Street, Charlotte, NC 28202

Any person wishing to object to any fee application that has not already been approved or the Final report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objection upon the Trustee, any party whose application is being challenged and the United States Trustee. No hearing will be held on this Application unless a response is timely filed and served, in which case, the Court will conduct a hearing on **June 28, 2021 at 9:30 AM**, at the United Bankruptcy Court, Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina 28202. No further notice will be given. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting the requested relief.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:    05/10/2021                     By:   /s/ A. Burton Shuford
                                                     Chapter 7 Trustee

A. Burton Shuford
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| In re: | § | Case No. 12-31051-JCW |
|---|---|---|
| MARK ROBERT ADKINS | § § § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $688,789.07
*and approved disbursements of*              $238,416.17
*leaving a balance on hand of[1]:*           $450,372.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 19 | Yeopim Partners, LLC | $15,000.00 | $15,000.00 | $15,000.00 | $0.00 |
| 20 | International Fidelity Insurance Company Co | $40,000.00 | $40,000.00 | $40,000.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $450,372.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| R. Keith Johnson, Trustee Fees | $9,994.90 | $9,994.90 | $0.00 |
| A. BURTON SHUFORD, Trustee Expenses | $38.79 | $0.00 | $38.79 |
| A. BURTON SHUFORD, Attorney for Trustee Fees | $33,789.00 | $32,929.00 | $860.00 |
| R. Keith Johnson, P.A., Attorney for Trustee Expenses | $350.00 | $350.00 | $0.00 |
| EDWARD P. BOWERS, Accountant for Trustee Fees | $5,578.25 | $2,949.50 | $2,628.75 |
| EDWARD P. BOWERS, Accountant for Trustee Expenses | $45.30 | $30.70 | $14.60 |
| Clerk of Superior Court, Clerk of the Court Costs | $6.00 | $6.00 | $0.00 |
| A. BURTON SHUFORD, Trustee Fees | $27,694.55 | $0.00 | $27,694.55 |
| R. Keith Johnson, Attorney for Trustee Fees | $92,458.25 | $88,388.25 | $4,070.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

| | | | |
|---|---|---|---|
| R. KEITH JOHNSON, PA, Attorney for Trustee Expenses | $615.77 | $615.77 | $0.00 |
| A. BURTON SHUFORD, Attorney for Trustee Expenses | $1,089.84 | $905.47 | $184.37 |
| Comm. Homes & Coldwell Banker, Realtor for Trustee Fees | $28,200.00 | $28,200.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $35,491.06
Remaining balance: $414,881.84

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $414,881.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $414,881.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $23,702,260.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 3 | Farm Credit of Northwest Florida, ACA | $732,526.59 | $0.00 | $12,822.06 |
| 4 | International Fidelity Insurance Co | $2,638,227.58 | $0.00 | $46,179.25 |
| 6 | Capital One Bank (USA), N.A. | $141.07 | $0.00 | $2.47 |
| 7 | Cessna Finance Corp. | $359,697.43 | $0.00 | $6,296.11 |
| 8 | Wells Fargo Bank, N.A. | $3,627,327.84 | $0.00 | $63,492.36 |
| 9 | Wells Fargo Bank, N.A. | $15,177,368.20 | $0.00 | $265,663.03 |
| 10 | Wells Fargo Bank, N.A. | $1,075,048.02 | $0.00 | $18,817.53 |
| 14 | CommunityOne Bank | $91,923.94 | $0.00 | $1,609.03 |

Total to be paid to timely general unsecured claims: $414,881.84
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $304,132.28 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 12 | Peoples Bank | $48,136.78 | $0.00 | $0.00 |
| 13 | Peoples Bank | $8,691.45 | $0.00 | $0.00 |
| 15 | Wells Fargo Bank, N.A. | $247,304.05 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:    $0.00
Remaining balance:    $0.00

Prepared By:    /s/ A. Burton Shuford
                Trustee

A. Burton Shuford
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE:<br><br>MARK ROBERT ADKINS<br><br>Debtor | Case No. 12-31051-JCW<br>Chapter 7 |
|---|---|

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by either Electronic Case Filing or by depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed, addressed to the following parties and on the attached mailing matrix.

Shelley K. Abel
U.S. Bankruptcy Administrator                    Via Electronic Case Filing

James H. Henderson
Attorney for Debtor                              Via Electronic Case Filing

Mark Robert Adkins
16309 Belle Isle Drive
CORNELIUS, NC 28031

This the 10th day of May, 2021.

/s/ A. Burton Shuford
A. Burton Shuford, NCBN 10035
Attorney for the Trustee
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Telephone: (980) 321-7000
Email: bshuford@abshuford.com

Label Matrix for local noticing
0419-3
Case 12-31051
Western District of North Carolina
Charlotte
Thu Jan 28 15:06:23 EST 2021

CommunityOne Bank, N.A.
c/o William Walt Pettit, Esq.
P.O. Box 12497
Charlotte, NC 28220-2497

Farm Credit of Northwest Florida, ACA
c/o Norman J. Leonard, Esq.
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020

U.S. Bankruptcy Administrator Office
402 W. Trade Street
Suite 200
Charlotte, NC 28202-1673

Wells Fargo Bank, N.A.
c/o Margaret R. Westbrook, K&L Gates LLP
PO Box 17047
Raleigh, NC 27619-7047

Charlotte Division
401 West Trade Street
Charlotte, NC 28202-1633

Adkins Aviation, LLC
9920 Kincey Avenue, Suite 210
Huntersville, NC 28078-2402

Adkins Land Group
9920 Kincey Avenue, Suite 210
Huntersville, NC 28078-2402

Alexander Electrical Contractor, Inc.
Attn: Floyd Alexander
PO Box 325
Edenton, NC 27932-0325

Ally Bank
P.O. Box 380901
Minneapolis, MN 55438-0901

Alpine Creek POA
9920 Kincey Avenue, Suite 210
Huntersville, NC 28078-2402

American Express
PO Box 650448
Dallas, TX 75265-0448

Ashe County Tax Collector
150 Government Circle #2200
Jefferson, NC 28640-8960

Aucilla Land & Timber, LLC
c/o Fallace & Larkin
1900 S. Hickory St. S A
Melbourne, FL 32901-4664

BB&T
900 S. Gray Street
Knoxville, TN 37902

BHE, Inc.
c/o Michael C. Patton
165 Madison Avenue, Suite 2000
Memphis, TN 38103-2752

Balmer NAL Collection, LLC
c/o McGuireWoods
Attn: William Mayberry
100 N. Tryon Street, Suite 2900
Charlotte, NC 28202-4019

Bates Bros Farming
c/o Robert Thomason
102 S. Court Square
Waverly, TN 37185-2113

Branch Banking & Trust Company
c/o Howard, Stallings, From & Hutson, P.
Attn: Nicholas C. Brown
PO Box 12347
Raleigh, NC 27605-2347

Brasstown POA
9920 Kincey Ave, Suite 210
Huntersville, NC 28078-2402

Calhoun County Tax Collector
20859 Central Avenue E
Room 107
Blountstown, FL 32424-2266

Camden County Board of Commissioners
PO Box 99
Woodbine, GA 31569-0099

Capital One Bank (USA), N.A.
PO Box 248839
Oklahoma City, OK 73124-8839

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Carolina Koolers
PO Box 2909
Matthews, NC 28106-2909

Carolina Trust Bank
PO Box 308
Lincolnton, NC 28093-0308

Cary D. Cox
PO Box 748
Blairsville, GA 30514-0748

Centennial Bank, Successor to
Coastal Community Bank
22 Avenue E, Drawer 370
Apalachicola, FL 32329-0370

Cessna Finance Corp.
100 N. Broadway, Suite 600
Wichita, KS 67202-2206

Chowan County Tax Department
PO Box 1030
Edenton, NC 27932-1030

| | | |
|---|---|---|
| City County Tax Collector<br>PO Box 31457<br>Charlotte, NC 28231-1457 | CommunityOne Bank<br>PO Box 1328<br>Asheboro, NC 27204-1328 | David M. Grogan<br>Shumaker, Loop & Kendrick, LLP<br>101 South Tryon St., Suite 2200<br>Charlotte, NC 28280-0027 |
| David R. Badger, P.A.<br>Attorneys for Lavinia V. Adkins<br>2108 South Boulevard<br>Suite 118 Atherton Lofts<br>Charlotte, North Carolina 28203-5043 | Elk Mountain POA<br>c/o Chuck Munn<br>1426 Dearborn Road<br>Columbia, SC 29204-3303 | Farm Credit of NW Florida<br>PO Box 7000<br>Marianna, FL 32447-7000 |
| Frank McDonnell<br>Biltmore Construction Company<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | Garth D. Bonney<br>Bonney & Smallwood, PA<br>PO Box 737<br>Panama City, FL 32402-0737 | Geo Raper & Son, Inc.<br>c/o Brian S. Edlin<br>Jordan Price Wall Gray Jones & Carlton,<br>1951 Clark Ave<br>Raleigh, NC 27605-1658 |
| Geo Raper & Son, Inc.<br>c/o Sharp, Michael & Graham<br>PO Drawer 1027<br>Kitty Hawk, NC 27949-1027 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Godfrey Construction<br>c/o Brian S. Edlin<br>PO Box 10669<br>Raleigh, NC 27605-0669 |
| Gulf County Tax Collector<br>1000 Costin Blvd. Room 147<br>Port Saint Joe, FL 32456-1652 | Hidden River POA<br>9920 Kincey Avenue Suite 210<br>Huntersville, NC 28078-2402 | Highlands at Kentucky Lake, LLC<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 |
| Holland Contractors<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | ING Mortgage<br>PO Box 60<br>Saint Cloud, MN 56302-0060 | Internal Revenue Service<br>Bankruptcy Section<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | International Fidelity Bonding Company<br>c/o William Sturges<br>128 S. Tryon Street, Suite 1800<br>Charlotte, NC 28202-5013 | International Fidelity Insurance Company<br>c/o William H. Sturgis<br>Shumaker, Loop & Kendrick, LLP<br>101 South Tryon Street<br>Suite 2200<br>Charlotte, NC 28280-0027 |
| J. Michael Booe<br>K&L Gates<br>214 N. Tryon Street, Suite 4700<br>Charlotte, NC 28202-2367 | J. Michael Booe, Esq.<br>K&L Gates LLP<br>Hearst Tower<br>214 North Tryon Street, 47th Floor<br>Charlotte, NC 28202-2367 | Jeff Castleman<br>Castleman Well Drilling<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 |
| Jimmy R Summerlin Jr<br>Young Morphis Bach & Taylor LLP<br>PO Drawer 2428<br>Hickory, NC 28603-2428 | Leibowitz & Cohen<br>608 Gay Street SW<br>Knoxville, TN 37902-1603 | Lincoln County Tax Collector<br>115 W. Main Street<br>Lincolnton, NC 28092-2611 |
| Lincolnton Medical Group, PLLC<br>1470 E. Gaston Street Suite 300<br>Lincolnton, NC 28092-4433 | Mark Robert Adkins<br>c/o William H. Sturges<br>Shumaker Loop & Kendrick, LLP<br>128 South Tryon Street<br>Suite 1800<br>Charlotte, NC 28202-5013 | Maureen Herbrandson<br>219 Derby Lane<br>Sparta, TN 38583-6697 |

| | | |
|---|---|---|
| Mike Philipi/Philipa Excavating<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | Mitchell County Tax Collector<br>26 Crimson Laurel Cir #5<br>Bakersville, NC 28705-9510 | NC Department of Revenue<br>Bankruptcy Section<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| NC Mountain Investments, LLC<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | NVR, Inc.<br>11700 Plaza Drive, Suite 500<br>Reston, VA 20190 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| NorthShore POA<br>Advanced Management Services, LLC<br>PO Box 5237<br>Saint Marys, GA 31558-5237 | Paetec<br>CIT Comm Financial Corp.<br>1 CIT Drive<br>Livingston, NJ 07039-5703 | Paul Baiser<br>Seyfarth Shaw LLP<br>1075 Peachtree St., NE Suite 2500<br>Atlanta, GA 30309-3958 |
| Peoples Bank<br>PO Box 467<br>Newton, NC 28658-0467 | Pitney Bowes<br>2225 American Drive<br>Neenah, WI 54956-1005 | Queens Gap POA<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 |
| River Highlands POA<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | RiverSound POA<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | Roberson Contracting, Inc.<br>c/o Irvine Law Firm<br>413 W. Main Street<br>Williamston, NC 27892-2319 |
| Robert Woods<br>Flying Fence<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | Rock Harbor POA<br>c/o Seaborn Chavers<br>463 Marble Point Way<br>New Tazewell, TN 37825-2356 | Ron Talley<br>Hunter MacLean et al.<br>PO Box 9848<br>Savannah, GA 31412-0048 |
| Ronald Franks Construction Co.<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | Seminole County Tax Collector<br>PO Box 630<br>Sanford, FL 32772-0630 | Shiloh Shores POA<br>c/o Michael Porter<br>143231 S.W. 36th Street<br>Miami, FL 33175 |
| Sims Excavating<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 | Smith & Whitfield Oils, Inc.<br>c/o Maddox Law Office<br>PO Box 827<br>Huntingdon, TN 38344-0827 | Southern Stone<br>c/o Robert Thomason<br>102 S. Court Square<br>Waverly, TN 37185-2113 |
| Stellar View POA<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | Stillwater POA<br>c/o John Thomas<br>204 Tutt Street<br>Columbia, KY 42728-1537 | TASC<br>PO Box 7098<br>Madison, WI 53707-7098 |
| Thomas Parham<br>Attn: Jeff Jones<br>3318 W. Friendly Avenue, Suite 300<br>Greensboro, NC 27410-4885 | Thomas Parham<br>Parham Company<br>1520 Barnet's Chapel Road<br>Greensboro, NC 27407-9708 | Virginia Department of Taxation<br>Office of Customer Serv ices<br>PO Box 1115<br>Richmond, VA 23218-1115 |

| | | |
|---|---|---|
| Waterfront Group Florida, LLC<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | Waterfront Group NC, LLC<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 | Waterfront Group, Inc.<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 |
| Wells Fargo<br>Commercial Loan Services<br>PO Box 740502<br>Atlanta, GA 30374-0502 | Wells Fargo<br>Rebecca B. Fisher<br>Homebuilders Banking Group<br>4525 Sharon Road, 4th Floor<br>Charlotte, NC 28211-3521 | Wells Fargo Bank<br>PO Box 660930<br>Dallas, TX 75266-0930 |
| Wells Fargo Bank, N.A.<br>1 Home Campus<br>X2303-01A<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, N.A.<br>301 S. College Street<br>4th Floor<br>MAC D1053-04R<br>Attn: Rebecca B. Roosen<br>Charlotte, NC 28202-6000 | West Valley Hospital<br>P.O. Box 975255<br>Dallas, TX 75397-5255 |
| West Virginia Department of Revenue<br>1206 Quarrier Street<br>Charleston, WV 25301-1843 | William H. Sturges<br>128 South Tryon St<br>Suite1800<br>Charlotte, NC 28202-5001 | William H. Sturges<br>Shumaker Loop & Kendrick, LLP<br>128 South Tryon Street<br>Suite 1800<br>Charlotte, NC 28202-5013 |
| William Scotsman, Inc.<br>PO Box 91975<br>Chicago, IL 60693-1975 | William Walt Pettit<br>Hutchens Law Firm<br>6230 Fairview Road<br>Suite 315<br>Charlotte, NC 28210-3151 | A. Burton Shuford<br>4700 Lebanon Road,<br>Suite #A-2<br>Mint Hill, NC 28227-8265 ~~(crossed out)~~ |
| James H. Henderson<br>The Henderson Law Firm, PLLC<br>2030 South Tryon Street<br>Suite 3h<br>NC<br>Charlotte, NC 28203-4956 ~~(crossed out)~~ | Lavinia V. Adkins<br>16315 Belle Isle Drive<br>Cornelius, NC 28031-7702 | Mark Robert Adkins<br>16309 Belle Isle Drive<br>Cornelius, NC 28031-7702 ~~(crossed out)~~ |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Bankruptcy Section
1800 Century Blvd. NE, Suite 17200
Atlanta, GA 30345-3205

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Branch Banking and Trust Company | (u)Carolina Trust Bank | (u)First Horizon Bank |

| | | |
|---|---|---|
| (u)International Fidelity Insurance Company | (u)Peoples Bank | (u)Wells Fargo Bank, N.A. |
| (u)Wells Fargo Homebuilder Banking | (d)Farm Credit of Northwest Florida, ACA<br>c/o Norman J. Leonard, Esq.<br>Ward and Smith, P.A.<br>Post Office Box 2020<br>Asheville, NC 28802-2020 | (u)NewDominion Bank |
| (u)Shield Engineering<br>4301 Taggart Creek Road<br>NC 28028 | (u)Waterfront Group NC, LLC<br>NEED ADDRESS | (d)Waterfront Group, LLC<br>9920 Kincey Avenue, Suite 210<br>Huntersville, NC 28078-2402 |
| (u)Edward P. Bowers | End of Label Matrix<br>Mailable recipients    107<br>Bypassed recipients     13<br>Total                  120 | |