**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-31051-JCW |
| | § | |
| MARK ROBERT ADKINS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

A. Burton Shuford, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,251,346.72 | Assets Exempt: | $247,868.00 |
| Total Distributions to Claimants: | $469,881.84 | Claims Discharged Without Payment: | $23,591,511.11 |
| Total Expenses of Administration: | $218,907.23 | | |

3) Total gross receipts of $688,789.07 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $688,789.07 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $55,000.00 | $55,000.00 | $55,000.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $218,907.23 | $218,907.23 | $218,907.23 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $37,067,886.03 | $24,006,392.95 | $414,881.84 |
| **Total Disbursements** | $0.00 | $37,341,793.26 | $24,280,300.18 | $688,789.07 |

4). This case was originally filed under chapter 7 on 05/04/2012. The case was pending for 112 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the Bankruptcy Administrator.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/07/2021                                       By:   /s/ A. Burton Shuford
                                                                    Trustee

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 0.995 Acres, Obids Township, Ashe County, NC See Deed recorded in Book 332, Page 2466 Ashe County Public Registry | 1110-000 | $3,184.00 |
| 11.894 acres, Obids Township, Ashe County, NC See Deed recorded in Book 375, Page 1975 Ashe County, NC Public Registry | 1110-000 | $22,500.00 |
| 839 Snowqueen Drive Chuluota, FL 32766 | 1110-000 | $470,000.00 |
| Household goods & furnishings 16309 Belle Isle Drive Cornelius, NC 28031-7702 See attached listing. Value excludes items | 1129-000 | $50,000.00 |
| NewDominion Bank PO Box 37389 Charlotte, NC 28237 Checking Account No. 6386 - IN NAME OF WF GROUP I NC, LLC | 1129-000 | $11,384.84 |
| WATERFRONT GROUP STELLARVIEW, LLCDEBTOR IS 50% | 1129-000 | $17,500.00 |
| Tax Refund | 1224-000 | $16,632.00 |
| SALE OF ASSET (1/2 of Equipment in Iron Station Building) | 1229-000 | $8,750.00 |
| SALE OF ASSET (1/2 sale of Airport Hangers) | 1229-000 | $23,483.21 |
| Waterfront Group NC, LLC Debtor is 50% member and a manager. Riversound development. BB&T is creditor. Controls POA. No | 1290-000 | $65,355.02 |
| **TOTAL GROSS RECEIPTS** | | **$688,789.07** |

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | Yeopim Partners, LLC | 4220-000 | $0.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| 20 | International Fidelity Insurance Company Co | 4220-000 | $0.00 | $40,000.00 | $40,000.00 | $40,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$55,000.00** | **$55,000.00** | **$55,000.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A. BURTON | 2100-000 | NA | $27,694.55 | $27,694.55 | $27,694.55 |

| | | | | | |
|---|---|---|---|---|---|
| SHUFORD, Trustee | | | | | |
| R. Keith Johnson, Trustee | 2100-000 | NA | $9,994.90 | $9,994.90 | $9,994.90 |
| A. BURTON SHUFORD, Trustee | 2200-000 | NA | $38.79 | $38.79 | $38.79 |
| INTERNATIONAL SURETIES INC | 2300-000 | NA | $103.22 | $103.22 | $103.22 |
| Trustee Insurance Agency | 2420-000 | NA | $303.26 | $303.26 | $303.26 |
| Deed Stamps | 2500-000 | NA | $3,290.00 | $3,290.00 | $3,290.00 |
| Lien Search, Title Fees, Home Warranty, Etc. | 2500-000 | NA | $6,494.81 | $6,494.81 | $6,494.81 |
| Independent Bank | 2600-000 | NA | $313.22 | $313.22 | $313.22 |
| UNION BANK | 2600-000 | NA | $2,898.02 | $2,898.02 | $2,898.02 |
| United Bank | 2600-000 | NA | $765.56 | $765.56 | $765.56 |
| Clerk of Superior Court | 2700-000 | NA | $6.00 | $6.00 | $6.00 |
| 2015 | 2820-000 | NA | $4,220.33 | $4,220.33 | $4,220.33 |
| Pro-Rate County Taxes - 2016 | 2820-000 | NA | $211.79 | $211.79 | $211.79 |
| Lowrance Reporting Service, Inc. | 2990-000 | NA | $217.00 | $217.00 | $217.00 |
| Napples Court Reporting & Legal Services, LLC | 2990-000 | NA | $229.37 | $229.37 | $229.37 |
| A. BURTON SHUFORD, Attorney for Trustee | 3110-000 | NA | $33,789.00 | $33,789.00 | $33,789.00 |
| R. KEITH JOHNSON, Attorney for Trustee | 3110-000 | NA | $92,458.25 | $92,458.25 | $92,458.25 |
| A. BURTON SHUFORD, Attorney for Trustee | 3120-000 | NA | $1,089.84 | $1,089.84 | $1,089.84 |
| R. Keith Johnson, P.A., Attorney for Trustee | 3120-000 | NA | $350.00 | $350.00 | $350.00 |
| R. KEITH JOHNSON, PA, Attorney for Trustee | 3120-000 | NA | $615.77 | $615.77 | $615.77 |
| EDWARD P. BOWERS, Accountant for Trustee | 3410-000 | NA | $5,578.25 | $5,578.25 | $5,578.25 |
| EDWARD P. BOWERS, Accountant for Trustee | 3420-000 | NA | $45.30 | $45.30 | $45.30 |

| Commercial Homes & Coldwell Banker, Realtor for Trustee | 3510-000 | NA | $28,200.00 | $28,200.00 | $28,200.00 |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $218,907.23 | $218,907.23 | $218,907.23 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Mark Robert Adkins | 7100-000 | $0.00 | $1,032,802.00 | $0.00 | $0.00 |
| 2 | Carolina Trust Bank | 7100-000 | $0.00 | $99,161.67 | $0.00 | $0.00 |
| 3 | Farm Credit of Northwest Florida, ACA | 7100-000 | $0.00 | $732,526.59 | $732,526.59 | $12,822.06 |
| 4 | International Fidelity Insurance Company | 7100-000 | $0.00 | $2,638,227.58 | $2,638,227.58 | $46,179.25 |
| 5 | Geo Raper & Son, Inc. | 7100-000 | $0.00 | $197,061.35 | $0.00 | $0.00 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $141.07 | $141.07 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 6; Capital One Bank (USA), N.A.) | 7100-001 | $0.00 | $0.00 | $0.00 | $2.47 |
| 7 | Cessna Finance Corp. | 7100-000 | $0.00 | $359,697.43 | $359,697.43 | $6,296.11 |
| 8 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $3,627,327.84 | $3,627,327.84 | $63,492.36 |
| 9 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $15,177,368.20 | $15,177,368.20 | $265,663.03 |
| 10 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $1,075,048.02 | $1,075,048.02 | $18,817.53 |
| 11 | Branch Banking & Trust Company | 7100-000 | $0.00 | $11,732,468.06 | $0.00 | $0.00 |
| 12 | Peoples Bank | 7200-000 | $0.00 | $48,136.78 | $48,136.78 | $0.00 |
| 13 | Peoples Bank | 7200-000 | $0.00 | $8,691.45 | $8,691.45 | $0.00 |
| 14 | CommunityOne | 7100-000 | $0.00 | $91,923.94 | $91,923.94 | $1,609.03 |

|    |                        |          |       |               |               |           |
|----|------------------------|----------|-------|---------------|---------------|-----------|
|    | Bank                   |          |       |               |               |           |
| 15 | Wells Fargo Bank, N.A. | 7200-000 | $0.00 | $247,304.05   | $247,304.05   | $0.00     |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $37,067,886.03 | $24,006,392.95 | $414,881.84 |

FORM 1

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Exhibit 8

**ASSET CASES**

| Case No.: | 12-31051-JCW | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | Date Filed (f) or Converted (c): | 05/04/2012 (f) |
| For the Period Ending: | 9/7/2021 | §341(a) Meeting Date: | 06/06/2012 |
| | | Claims Bar Date: | 09/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  House at 16309 Belle Isle Drive and Adjoining Lot 16301 Belle Isle Drive Cornelius, NC 28031 Mecklenburg County Parcel No. 00131240 and 00131239 | $2,500,000.00 | $0.00 | | $0.00 | FA |
| 2  Cabin in Ashe County, NC Boggs Road Tax ID No. 12310-096 | $175,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Relief from stay granted | | | | | |
| 3  Storage Building Mt. Vernon Road Iron Station, NC Tax ID No. 51302 | $100,000.00 | $0.00 | | $0.00 | FA |
| 4  Adkins Pet Center 3920 East Hwy 27 Iron Station, NC Tax ID No. 01650 | $300,000.00 | $0.00 | | $0.00 | FA |
| 5  11.894 acres, Obids Township, Ashe County, NC See Deed recorded in Book 375, Page 1975 Ashe County, NC Public Registry | $25,000.00 | $25,000.00 | | $22,500.00 | FA |
| **Asset Notes:**   Property may be subject to DOT.  Subject to pending AP. Joint with William Adkins. See order granting motion to sell Doc 170 | | | | | |
| 6  0.995 Acres, Obids Township, Ashe County, NC See Deed recorded in Book 332, Page 2466 Ashe County Public Registry | $0.00 | $0.00 | | $3,184.00 | FA |
| 7  839 Snowqueen Drive Chuluota, FL 32766 | $297,500.00 | $297,500.00 | | $470,000.00 | FA |
| **Asset Notes:**   Property sold see Doc. 87.  Net sales proceeds are held in IOLTA account of Keith Johnson. | | | | | |
| 8  859 Snowqueen Drive Chuluota, FL 32766 | $259,000.00 | $13,000.00 | | $0.00 | FA |
| **Asset Notes:**   Non exempt equity settled - see Doc. 69 | | | | | |
| 9  NewDominion Bank PO Box 37389 Charlotte, NC 28237 Checking Account No. 6386 - IN NAME OF WF GROUP I NC, LLC | $68.00 | $68.00 | | $11,384.84 | FA |
| 10  Household goods & furnishings 16309 Belle Isle Drive Cornelius, NC 28031-7702 See attached listing. Value excludes items listed below. | $59,985.00 | $59,985.00 | | $50,000.00 | FA |
| **Asset Notes:**   See order at #86 | | | | | |
| 11  2 Chairs and Small Table | $150.00 | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-31051-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | | Date Filed (f) or Converted (c): | 05/04/2012 (f) |
| For the Period Ending: | 9/7/2021 | | §341(a) Meeting Date: | 06/06/2012 |
| | | | Claims Bar Date: | 09/06/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 12 | 1 Small Couch | $300.00 | $0.00 | | $0.00 | FA |
| 13 | Panasonic Flat Screen TV | $300.00 | $0.00 | | $0.00 | FA |
| 14 | Queen-Size Bed | $600.00 | $0.00 | | $0.00 | FA |
| 15 | 1 Arm Chair | $100.00 | $0.00 | | $0.00 | FA |
| 16 | Small Dresser | $200.00 | $0.00 | | $0.00 | FA |
| 17 | Maytag Washer and Dryer | $400.00 | $0.00 | | $0.00 | FA |
| 18 | Sectional Couch | $300.00 | $0.00 | | $0.00 | FA |
| 19 | 60" Samsung Television | $500.00 | $0.00 | | $0.00 | FA |
| 20 | Glass Coffee Table | $400.00 | $0.00 | | $0.00 | FA |
| 21 | 2 Nightstands | $300.00 | $0.00 | | $0.00 | FA |
| 22 | 9' Slate Pool Table (Renaissance) | $1,500.00 | $50.00 | | $0.00 | FA |
| **Asset Notes:** | de minimus value | | | | | |
| 23 | 3 Lamps | $450.00 | $0.00 | | $0.00 | FA |
| 24 | Round Glass-Top Table and 4 Chairs | $800.00 | $0.00 | | $0.00 | FA |
| 25 | Chair and Ottoman | $150.00 | $0.00 | | $0.00 | FA |
| 26 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 27 | Rolex Stainless Steel Sea-Dweller Watch | $2,500.00 | $0.00 | | $0.00 | FA |
| 28 | AMT Cal. 380 9mm Kurz Back Up Pistol | $150.00 | $0.00 | | $0.00 | FA |
| 29 | Calloway Golf Clubs | $200.00 | $0.00 | | $0.00 | FA |
| 30 | Signed Football | $50.00 | $0.00 | | $0.00 | FA |
| 31 | Dan Marino Framed Jersey | $300.00 | $0.00 | | $0.00 | FA |
| 32 | 529 College Savings Plan f/b/o Tyler Herbrandson Morgan Keegan 50 N. Front Street Memphis, TN 38103 | $20,141.00 | $0.00 | | $0.00 | FA |
| 33 | WMA Managment, LLC 401(k) PS Plan Oppenheimer Funds PO Box 173764 Denver, CO 80217-3764 | $204,416.00 | $0.00 | | $0.00 | FA |
| 34 | Morgan Stanley IRA | $9,211.00 | $0.00 | | $0.00 | FA |
| 35 | Adkins Land Group, Inc. f/k/a Timberline Corporation 50% shareholder Possible litigation assets | Unknown | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 12-31051-JCW | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | Date Filed (f) or Converted (c): | 05/04/2012 (f) |
| For the Period Ending: | 9/7/2021 | §341(a) Meeting Date: | 06/06/2012 |
| | | Claims Bar Date: | 09/06/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 36 | WMA Management, LLC Manager of present asset companies. Debtor owns 1/2 interest and is a manager. This entity is paymaster for Debtor's LLCs and holds leases for furniture and computers. This entity recently conveyed 2 tractors (subject to debt) to Farm & Land Management, LLC | Unknown | $0.00 | | $0.00 | FA |
| 37 | Adkins Aviation, LLC f/k/a Timberline Aviation, Inc. Debtor is 50% member and a manager. Owns 2 aircraft and 1 hanger. No equity. | Unknown | $0.00 | | $0.00 | FA |
| 38 | Swiper Lot Clearing, Inc. f/k/a Four Seasons Landscaping, Inc. Debtor is 50% shareholder. | Unknown | $0.00 | | $0.00 | FA |
| 39 | Landstar Development, LLC Debtor is 50% member and a manager. Owns Mitchell County farm & Ash County farm. Cross-collateralized with Riversound. No Equity. | Unknown | $0.00 | | $0.00 | FA |
| 40 | NC Mountain Investments, LLC Debtor is 50% member and a manager. Recently sold mineral rights on 980 acre tract in McDowell County for $35,000.00. | Unknown | $0.00 | | $0.00 | FA |
| 41 | Waterfront Group Florida, LLC Debtor is 50% member and a manager. Possible litigation assets. Apalachicola River Tract - (Farm Credit of NW Florida). No equity. | Unknown | $0.00 | | $0.00 | FA |
| 42 | Waterfront Group NC, LLC Debtor is 50% member and a manager. Riversound development. BB&T is creditor. Controls POA. No equity. | Unknown | $0.00 | | $65,355.02 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 4

Exhibit 8

| Case No.: | 12-31051-JCW | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | Date Filed (f) or Converted (c): | 05/04/2012 (f) |
| For the Period Ending: | 9/7/2021 | §341(a) Meeting Date: | 06/06/2012 |
| | | Claims Bar Date: | 09/06/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 43 | Waterfront Group Wetappo, LLC f/k/a Waterfront Group FL, NC Debtor is 50% member and a maanger. Controls POA. Centennial Bank. Owns marsh land to be conveyed to lot owners. No equity. | Unknown | $0.00 | | $0.00 | FA |
| 44 | Waterfront Group, Inc. Debtor is 50% shareholder. No remaining assets. | Unknown | $0.00 | | $0.00 | FA |
| 45 | Waterfront Group, LLC Debtor is 50% member and a manager. No remaining assets. | Unknown | $0.00 | | $0.00 | FA |
| 46 | WFG Management, LLC Debtor is 50% member and a manager. | Unknown | $0.00 | | $0.00 | FA |
| 47 | Adkins Pet Center Debtor is a 50% Owner | Unknown | $0.00 | | $0.00 | FA |
| 48 | 255,000 shares in TFN, Inc. (The Football Network) | $0.00 | $0.00 | | $0.00 | FA |
| 49 | 15,000 shares of SLON Stock | $0.00 | $0.00 | | $0.00 | FA |
| 50 | WMA, LP Sole member of recent asset companies. WMA Management, LLC is its general partner. Debtor and William N. Adkins are limited partners. | Unknown | $0.00 | | $0.00 | FA |
| 51 | Sam Carver - Diamond Point Investors Costa Rica Condominium Investment | $450,000.00 | $450,000.00 | | $0.00 | FA |
| Asset Notes: | Debtor advises that the investment has no value and was lost. | | | | | |
| 52 | Waterfront Group Aurora, LLC (Loan) | $48,772.22 | $48,772.22 | | $0.00 | FA |
| Asset Notes: | Determined to have no value by previous trustee | | | | | |
| 53 | Waterfront Group Eagles Chase, LLC (Loan) | $80,374.50 | $80,374.50 | | $0.00 | FA |
| Asset Notes: | Determined to have no value by previous trustee | | | | | |
| 54 | 2011 Chevy Avalanche | $37,650.00 | $0.00 | | $0.00 | FA |
| 55 | Office Chair | $300.00 | $0.00 | | $0.00 | FA |
| 56 | L-Shaped Desk | $200.00 | $0.00 | | $0.00 | FA |
| 57 | Dell Computer | $100.00 | $0.00 | | $0.00 | FA |
| 58 | Membership interest in Peninsula Golf Club | Unknown | $0.00 | | $0.00 | FA |
| 59 | 2 Carolina Panthers Club Level PSL's | $4,000.00 | $4,000.00 | | $0.00 | FA |
| Asset Notes: | As noted in Motion at #69, PSLs lapsed by passage of time and no longer exist. | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-31051-JCW | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | Date Filed (f) or Converted (c): | 05/04/2012 (f) |
| For the Period Ending: | 9/7/2021 | §341(a) Meeting Date: | 06/06/2012 |
| | | Claims Bar Date: | 09/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 60  Potential claim for fraudulent investment against Higher Ground, LLC c/o Charles Abrams (Mexican "Pink Lady" bond) | $225,000.00 | $225,000.00 | | $0.00 | FA |
| **Asset Notes:** Determined to have no value by previous trustee | | | | | |
| 61  Potential claim for fraudulent investment against Lighthouse Capital Investments (No Smokes company bond fund raise) | $50,000.00 | $50,000.00 | | $0.00 | FA |
| **Asset Notes:** Determined to have no value by previous trustee | | | | | |
| 62  Potential claim for fraudulent investment against Steve Williams (partial ownership of a Chinese bond) | $25,000.00 | $25,000.00 | | $0.00 | FA |
| **Asset Notes:** Determined to have no value by previous trustee | | | | | |
| 63  Tax Refund | Unknown | $0.00 | | $16,632.00 | FA |
| **Asset Notes:** See order at #86 | | | | | |
| 64  SALE OF ASSET (1/2 sale of Airport Hangers) | Unknown | $0.00 | | $23,483.21 | FA |
| **Asset Notes:** 1/2 sale of Airport Hangers | | | | | |
| 65  SALE OF ASSET (1/2 of Equipment in Iron Station Building) | Unknown | $0.00 | | $8,750.00 | FA |
| **Asset Notes:** 1/2 of Equipment in Iron Station Building | | | | | |
| 66  WATERFRONT GROUP STELLARVIEW, LLC DEBTOR IS 50%   (u) | $0.00 | $0.00 | | $17,500.00 | FA |

**TOTALS (Excluding unknown value)**               **Gross Value of Remaining Assets**
$4,881,767.72         $1,278,749.72                                        $688,789.07          $0.00

---

**Major Activities affecting case closing:**
01/26/2021    NOTES
10/06/2020    NOTES
07/15/2020    NOTES
04/14/2020    NOTES
01/13/2020    NOTES
10/30/2019    NOTES

**Initial Projected Date Of Final Report (TFR):**    12/31/2020           /s/ A. BURTON SHUFORD
**Current Projected Date Of Final Report (TFR):**                          A. BURTON SHUFORD

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-31051-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | | Bank Name: | UNION BANK |
| Primary Taxpayer ID #: | **-***2664 | | Checking Acct #: | ******3478 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/15/2015 | (66) | R. Keith Johnson, Trustee; Trust Acct | Sale of Asset | 1129-000 | $17,500.00 | | $17,500.00 |
| 07/27/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $17,485.00 |
| 08/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $26.01 | $17,458.99 |
| 09/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $25.98 | $17,433.01 |
| 10/19/2015 | 3000 | INTERNATIONAL SURETIES INC | Bond Premium | 2300-000 | | $10.45 | $17,422.56 |
| 10/26/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $25.10 | $17,397.46 |
| 11/11/2015 | (9) | R. Keith Johnson, Trustee | Close of Account | 1129-000 | $11,384.84 | | $28,782.30 |
| 11/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $25.90 | $28,756.40 |
| 12/28/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $35.39 | $28,721.01 |
| 01/21/2016 | (10) | Moon Wright and Houston PLLC | Non Exempt Equity | 1129-000 | $50,000.00 | | $78,721.01 |
| 01/21/2016 | (63) | Moon Wright and Houston, PLLC | TAX REFUND | 1224-000 | $16,632.00 | | $95,353.01 |
| 01/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $42.73 | $95,310.28 |
| 02/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $74.42 | $95,235.86 |
| 02/29/2016 | (6) | R. Keith Johnson, Trustee Trust Acct | Sale of Asset | 1110-000 | $3,184.00 | | $98,419.86 |
| 02/29/2016 | (64) | R. Keith Rohnson, Trusstee Trust Acct | Sale of Asset | 1229-000 | $23,483.21 | | $121,903.07 |
| 02/29/2016 | (65) | R. Keith Johnson, Trustee Ttrust Acct | Sale of Asset | 1229-000 | $8,750.00 | | $130,653.07 |
| 03/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $132.14 | $130,520.93 |
| 04/18/2016 | 3001 | R. Keith Johnson, P.A. | Interim Attorney Fees | 3110-000 | | $49,958.25 | $80,562.68 |
| 04/18/2016 | 3002 | R. Keith Johnson | TRUSTEE COMISSION | 2100-000 | | $5,745.82 | $74,816.86 |
| 04/20/2016 | 3003 | Clerk of Superior Court | Other Filing Fee | 2700-000 | | $6.00 | $74,810.86 |
| 04/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $193.61 | $74,617.25 |
| 05/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $155.20 | $74,462.05 |
| 06/27/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $110.55 | $74,351.50 |
| 07/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $106.79 | $74,244.71 |
| 08/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $110.17 | $74,134.54 |
| 09/26/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $110.01 | $74,024.53 |
| 10/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $106.31 | $73,918.22 |
| 10/28/2016 | 3004 | INTERNATIONAL SURETIES INC | Bond Premium | 2300-000 | | $36.26 | $73,881.96 |
| 11/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $109.69 | $73,772.27 |
| 12/27/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $105.95 | $73,666.32 |
| 01/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $109.32 | $73,557.00 |
| 02/27/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $109.45 | $73,447.55 |
| 03/27/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $98.74 | $73,348.81 |

**SUBTOTALS** $130,934.05 $57,585.24

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-31051-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | | Bank Name: | UNION BANK |
| Primary Taxpayer ID #: | **-***2664 | | Checking Acct #: | ******3478 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $109.14 | $73,239.67 |
| 05/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $105.47 | $73,134.20 |
| 06/26/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $108.82 | $73,025.38 |
| 07/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $105.17 | $72,920.21 |
| 08/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $108.50 | $72,811.71 |
| 09/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $108.34 | $72,703.37 |
| 10/24/2017 | 3005 | INTERNATIONAL SURETIES INC | Bond # 016036312 | 2300-000 | | $33.60 | $72,669.77 |
| 10/25/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $104.70 | $72,565.07 |
| 10/26/2017 | 3006 | Lowrance Reporting Service, Inc. | Payment from Trustee Payment to reporting service for Depositions held on 10/18/2017 | 2990-000 | | $217.00 | $72,348.07 |
| 11/27/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $108.02 | $72,240.05 |
| 12/26/2017 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $104.06 | $72,135.99 |
| 01/25/2018 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $107.34 | $72,028.65 |
| 02/13/2018 | | United Bank | Wire transfer to fund United Bank account | 9999-000 | | $72,028.65 | $0.00 |
| | | | TOTALS: | | $130,934.05 | $130,934.05 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $72,028.65 | |
| | | | Subtotal | | $130,934.05 | $58,905.40 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $130,934.05 | $58,905.40 | |

| For the period of 5/4/2012 to 9/7/2021 | | For the entire history of the account between 06/15/2015 to 9/7/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $130,934.05 | Total Compensable Receipts: | $130,934.05 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $130,934.05 | Total Comp/Non Comp Receipts: | $130,934.05 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $58,905.40 | Total Compensable Disbursements: | $58,905.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $58,905.40 | Total Comp/Non Comp Disbursements: | $58,905.40 |
| Total Internal/Transfer Disbursements: | $72,028.65 | Total Internal/Transfer Disbursements: | $72,028.65 |

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-31051-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2664 | | Checking Acct #: | ******1051 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2019 | | R. KEITH JOHNSON, TRUSTEE | TRANSFER FROM PREVIOUS TRUSTEE | 9999-000 | $46,210.98 | | $46,210.98 |
| 02/11/2020 | 5001 | Trustee Insurance Agency | See order at #160 - Vacant Land | 2420-000 | | $112.50 | $46,098.48 |
| 03/31/2020 | 5002 | A. BURTON SHUFORD | SEE ORDER AT ECF NO 164 | 3110-000 | | $4,709.00 | $41,389.48 |
| 03/31/2020 | 5003 | A. BURTON SHUFORD | SEE ORDER AT ECF NO 164 | 3120-000 | | $174.56 | $41,214.92 |
| 03/31/2020 | 5004 | EDWARD P. BOWERS | SEE ORDER AT ECF NO 165 | 3410-000 | | $2,949.50 | $38,265.42 |
| 03/31/2020 | 5005 | EDWARD P. BOWERS | SEE ORDER AT ECF NO 165 | 3420-000 | | $30.70 | $38,234.72 |
| 03/31/2020 | 5006 | R. KEITH JOHNSON | SEE ORDER AT ECF NO 166 | 3110-000 | | $8,490.00 | $29,744.72 |
| 04/28/2020 | 5007 | Trustee Insurance Agency | See order at #160 - Vacant Land | 2420-000 | | $40.76 | $29,703.96 |
| 06/05/2020 | 5008 | Trustee Insurance Agency | See order at #160 - Vacant Land | 2420-000 | | $37.50 | $29,666.46 |
| 07/09/2020 | 5009 | Trustee Insurance Agency | See order at #160 - Vacant Land | 2420-000 | | $37.50 | $29,628.96 |
| 08/03/2020 | 5010 | Trustee Insurance Agency | See order at #160 - Vacant Land | 2420-000 | | $37.50 | $29,591.46 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $43.16 | $29,548.30 |
| 09/03/2020 | 5011 | Trustee Insurance Agency | See order at #160 - Vacant Land | 2420-000 | | $37.50 | $29,510.80 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $43.05 | $29,467.75 |
| 10/01/2020 | (5) | WATERFRONT GROUP PLC LLC | SEE ORDER AT ECF #170 | 1110-000 | $22,500.00 | | $51,967.75 |
| 10/01/2020 | (5) | WATERFRONT GROUP PLC LLC | Wire was entered 3X - changed to deposit by TES and then reversed 2X | 1110-000 | $22,500.00 | | $74,467.75 |
| 10/01/2020 | (5) | WATERFRONT GROUP PLC LLC | Wire was entered 3X - changed to deposit by TES and then reversed 2X | 1110-000 | $22,500.00 | | $96,967.75 |
| 10/06/2020 | (5) | DEP REVERSE: WATERFRONT GROUP | Wire was entered 3X - changed to deposit by TES and then reversed 2X | 1110-000 | ($22,500.00) | | $74,467.75 |
| 10/06/2020 | (5) | DEP REVERSE: WATERFRONT GROUP | Wire was entered 3X - changed to deposit by TES and then reversed 2X | 1110-000 | ($22,500.00) | | $51,967.75 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $75.78 | $51,891.97 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $75.67 | $51,816.30 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $75.56 | $51,740.74 |
| 01/27/2021 | | R. KEITH JOHNSON, P.A. | SALE PROCEEDS SNOW QUEEN | * | $427,583.07 | | $479,323.81 |
| | {7} | | $470,000.00 | 1110-000 | | | $479,323.81 |
| | | | Commercial Homes & Coldwell Banker $(28,200.00) | 3510-000 | | | $479,323.81 |
| | | | 2015 $(4,220.33) | 2820-000 | | | $479,323.81 |
| | | | Deed Stamps $(3,290.00) | 2500-000 | | | $479,323.81 |
| | | | Lien Search, Title Fees, Home Warranty, Etc. $(6,494.81) | 2500-000 | | | $479,323.81 |
| | | | Pro-Rate County Taxes - 2016 $(211.79) | 2820-000 | | | $479,323.81 |
| 03/03/2021 | | Independent Bank | Transfer | 9999-000 | | $479,323.81 | $0.00 |

| | | | | SUBTOTALS | $496,294.05 | $496,294.05 | |

Case 12-31051 Doc 206 Filed 09/07/21 Entered 09/07/21 16:42:34 Desc Main
Document Page 15 of 20
Page No: 4

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 12-31051-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2664 | | Checking Acct #: | ******1051 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $496,294.05 | $496,294.05 | $0.00 |
| | | | Less: Bank transfers/CDs | | $46,210.98 | $479,323.81 | |
| | | | Subtotal | | $450,083.07 | $16,970.24 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $450,083.07 | $16,970.24 | |

**For the period of 5/4/2012 to 9/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $492,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $492,500.00 |
| Total Internal/Transfer Receipts: | $46,210.98 |
| | |
| Total Compensable Disbursements: | $59,387.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59,387.17 |
| Total Internal/Transfer Disbursements: | $479,323.81 |

**For the entire history of the account between 08/27/2019 to 9/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $492,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $492,500.00 |
| Total Internal/Transfer Receipts: | $46,210.98 |
| | |
| Total Compensable Disbursements: | $59,387.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59,387.17 |
| Total Internal/Transfer Disbursements: | $479,323.81 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-31051-JCW | | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2664 | | | Checking Acct #: | ******1051 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/4/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/7/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/03/2021 | | Independent Bank | Transfer | 9999-000 | $479,323.81 | | $479,323.81 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $698.99 | $478,624.82 |
| 04/01/2021 | | Independent Bank | Bank Fee Reversal | 2600-000 | | ($698.99) | $479,323.81 |
| 04/28/2021 | 6001 | A. BURTON SHUFORD | SEE ORDER AT ECF 192 | 3110-000 | | $28,220.00 | $451,103.81 |
| 04/28/2021 | 6002 | A. BURTON SHUFORD | SEE ORDER AT ECF 192 | 3120-000 | | $730.91 | $450,372.90 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $698.99 | $449,673.91 |
| 05/07/2021 | | Independent Bank | Bank Fee Reversal | 2600-000 | | ($698.99) | $450,372.90 |
| 06/22/2021 | 6003 | A. BURTON SHUFORD | Final Distribution Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $184.37 | $450,188.53 |
| 06/22/2021 | 6004 | A. BURTON SHUFORD | Final Distribution Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $860.00 | $449,328.53 |
| 06/22/2021 | 6005 | A. BURTON SHUFORD | Trustee Compensation | 2100-000 | | $27,694.55 | $421,633.98 |
| 06/22/2021 | 6006 | A. BURTON SHUFORD | Trustee Expenses | 2200-000 | | $38.79 | $421,595.19 |
| 06/22/2021 | 6007 | EDWARD P. BOWERS | Final Distribution Claim #: ; Distribution Dividend: 100.00; | 3420-000 | | $14.60 | $421,580.59 |
| 06/22/2021 | 6008 | EDWARD P. BOWERS | Final Distribution Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $2,628.75 | $418,951.84 |
| 06/22/2021 | 6009 | R. Keith Johnson | Final Distribution Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $4,070.00 | $414,881.84 |
| 06/22/2021 | 6010 | Farm Credit of Northwest Florida, ACA | Final Distribution Claim #: 3; Distribution Dividend: 1.75; | 7100-000 | | $12,822.06 | $402,059.78 |
| 06/22/2021 | 6011 | International Fidelity Insurance Company | Final Distribution Claim #: 4; Distribution Dividend: 1.75; | 7100-000 | | $46,179.25 | $355,880.53 |
| 06/22/2021 | 6012 | Clerk, US Bankruptcy Court | Small Dividends | * | | $2.47 | $355,878.06 |
| | | | Claim Amount $(2.47) | 7100-001 | | | $355,878.06 |
| 06/22/2021 | 6013 | Cessna Finance Corp. | Final Distribution Claim #: 7; Distribution Dividend: 1.75; | 7100-000 | | $6,296.11 | $349,581.95 |
| 06/22/2021 | 6014 | Wells Fargo Bank, N.A. | Final Distribution Claim #: 8; Distribution Dividend: 1.75; | 7100-000 | | $63,492.36 | $286,089.59 |
| 06/22/2021 | 6015 | Wells Fargo Bank, N.A. | Final Distribution Claim #: 9; Distribution Dividend: 1.75; | 7100-000 | | $265,663.03 | $20,426.56 |
| 06/22/2021 | 6016 | Wells Fargo Bank, N.A. | Final Distribution Claim #: 10; Distribution Dividend: 1.75; | 7100-000 | | $18,817.53 | $1,609.03 |
| 06/22/2021 | 6017 | CommunityOne Bank | Final Distribution Claim #: 14; Distribution Dividend: 1.75; | 7100-000 | | $1,609.03 | $0.00 |

SUBTOTALS    $479,323.81    $479,323.81

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit 9

| Case No. | 12-31051-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2664 | | Checking Acct #: | ******1051 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $479,323.81 | $479,323.81 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $479,323.81 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $479,323.81 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $479,323.81 | |

**For the period of 5/4/2012 to 9/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $479,323.81 |
| | |
| Total Compensable Disbursements: | $479,323.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $479,323.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/01/2021 to 9/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $479,323.81 |
| | |
| Total Compensable Disbursements: | $479,323.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $479,323.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-31051-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | | Bank Name: | UNITED BANK |
| Primary Taxpayer ID #: | **-***2664 | | Checking Acct #: | ******3771 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/13/2018 | | UNION BANK | WIRE FROM UNION BANK | 9999-000 | $72,028.65 | | $72,028.65 |
| 02/22/2018 | (42) | R. Keith Johnson, Trustee | Money transferred from our office trust account per order dated 02/01/2018 | 1290-000 | $65,355.02 | | $137,383.67 |
| 02/27/2018 | 101 | International Fidelity Insurance Co. | Pursuant to consent order entered in AP 16-03307 entered on February 1, 2018, DOC 45 | 4220-000 | | $40,000.00 | $97,383.67 |
| 02/27/2018 | 102 | Yeopim Partners, LLC | Pursuant to consent order entered in AP 16-03307 entered on February 1, 2018, DOC 45 | 4220-000 | | $15,000.00 | $82,383.67 |
| 02/28/2018 | | United Bank | Bank and Technology Services Fees | 2600-000 | | $67.46 | $82,316.21 |
| 03/30/2018 | | United Bank | Bank and Technology Services Fees | 2600-000 | | $145.72 | $82,170.49 |
| 04/30/2018 | | United Bank | Bank and Technology Services Fees | 2600-000 | | $114.24 | $82,056.25 |
| 05/31/2018 | | United Bank | Bank and Technology Services Fees | 2600-000 | | $129.83 | $81,926.42 |
| 06/20/2018 | 103 | R. P. A. KEITH JOHNSON | Attorney for the Trustee interim fees | 3110-000 | | $29,940.00 | $51,986.42 |
| 06/20/2018 | 104 | R. Keith Johnson | Interim Trustee Comission | 2100-000 | | $4,249.08 | $47,737.34 |
| 06/29/2018 | | United Bank | Bank and Technology Services Fees | 2600-000 | | $100.79 | $47,636.55 |
| 07/31/2018 | | United Bank | Bank and Technology Services Fees | 2600-000 | | $73.08 | $47,563.47 |
| 08/31/2018 | | United Bank | Bank and Technology Services Fees | 2600-000 | | $70.69 | $47,492.78 |
| 09/28/2018 | | United Bank | Bank and Technology Services Fees | 2600-000 | | $63.75 | $47,429.03 |
| 11/01/2018 | 105 | INTERNATIONAL SURETIES INC | Bond Payment | 2300-000 | | $22.91 | $47,406.12 |
| 04/10/2019 | 106 | R. KEITH JOHNSON, PA | Attorney for Trustee Expenses | 3120-000 | | $615.77 | $46,790.35 |
| 04/24/2019 | 107 | Napples Court Reporting & Legal Services, LLC | Court Reporter Invoice | 2990-000 | | $229.37 | $46,560.98 |
| 08/29/2019 | 108 | R. Keith Johnson, P.A. | Filing Fees | 3120-000 | | $350.00 | $46,210.98 |
| 09/04/2019 | 109 | Burt Shuford, Trustee | Transfer of funds to successor trustee | 9999-000 | | $46,210.98 | $0.00 |

| | | | | SUBTOTALS | $137,383.67 | $137,383.67 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-31051-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | ADKINS, MARK ROBERT | | Bank Name: | UNITED BANK |
| Primary Taxpayer ID #: | **-***2664 | | Checking Acct #: | ******3771 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $137,383.67 | $137,383.67 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $72,028.65 | $46,210.98 | |
| | | | **Subtotal** | | $65,355.02 | $91,172.69 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $65,355.02 | $91,172.69 | |

| **For the period of 5/4/2012 to 9/7/2021** | | **For the entire history of the account between 02/13/2018 to 9/7/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $65,355.02 | Total Compensable Receipts: | $65,355.02 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,355.02 | Total Comp/Non Comp Receipts: | $65,355.02 |
| Total Internal/Transfer Receipts: | $72,028.65 | Total Internal/Transfer Receipts: | $72,028.65 |
| | | | |
| Total Compensable Disbursements: | $91,172.69 | Total Compensable Disbursements: | $91,172.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $91,172.69 | Total Comp/Non Comp Disbursements: | $91,172.69 |
| Total Internal/Transfer Disbursements: | $46,210.98 | Total Internal/Transfer Disbursements: | $46,210.98 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-31051-JCW | **Trustee Name:** A. Burton Shuford |
| **Case Name:** | ADKINS, MARK ROBERT | **Bank Name:** UNITED BANK |
| **Primary Taxpayer ID #:** | **-***2664 | **Checking Acct #:** ******3771 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 5/4/2012 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 9/7/2021 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $646,372.14 | $646,372.14 | $0.00 |

**For the period of 5/4/2012 to 9/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $688,789.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $688,789.07 |
| Total Internal/Transfer Receipts: | $597,563.44 |
| | |
| Total Compensable Disbursements: | $688,789.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $688,789.07 |
| Total Internal/Transfer Disbursements: | $597,563.44 |

**For the entire history of the case between 05/04/2012 to 9/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $688,789.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $688,789.07 |
| Total Internal/Transfer Receipts: | $597,563.44 |
| | |
| Total Compensable Disbursements: | $688,789.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $688,789.07 |
| Total Internal/Transfer Disbursements: | $597,563.44 |

/s/ A. BURTON SHUFORD

A. BURTON SHUFORD